# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                       :NO.  302
                                      :

ORDER AMENDING RULE 311 AND 312   :APPELLATE COURT RULES DOCKET
OF THE PENNSYLVANIA RULES OF         :
APPELLATE PROCEDURE                   :
                                      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of September, 2022, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a)(3):

      It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 311 and 312 of the Pennsylvania Rules of Appellate Procedure are amended in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective January 1, 2023.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.